UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 17-cr-0194(2) (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Maribel Torres, | |
| Defendant. | |

This matter is before the Court on the January 11, 2018 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 111.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 11, 2018 Report and Recommendation, (Dkt. 111), is **ADOPTED**.

2. Defendant Maribel Torres's motion for severance, (Dkt. 58), is **DENIED WITHOUT PREJUDICE**.

3. Defendant Maribel Torres's motion to suppress statements, admissions, and answers, (Dkt. 53), is **DENIED AS MOOT**.

4. Defendant Maribel Torres's motion to suppress evidence obtained as a result of search and seizure, (Dkt. 55), is **DENIED AS MOOT**.

5. Defendant Maribel Torres's motion to suppress evidence obtained as a result of electronic surveillance, (Dkt. 65), is **DENIED AS MOOT**.

Dated: March 5, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge